UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.45.46.83,<br><br>　　　　Defendant. | Case No.: 2:21-01309-TLN-CKD<br><br>[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby ORDER AND ADJUDGE:

Plaintiff's application is granted.  Plaintiff shall have up to and including December 23, 2021 to effectuate service of a summons and Complaint on Defendant.  **IT IS SO ORDERED**.

Dated:  October 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri1309.36serv