UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 75.45.46.83, <br><br> Defendant. | Case No.: 2:21-cv-01309-TLN-CKD <br><br> [PROPOSED] ORDER ON PLAINTIFF'S SECOND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

THIS CAUSE came before the Court upon Plaintiff's second application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

/////

/////

/////

/////

1

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including February 6, 2022 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**.

Dated: January 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri1309.36.serv2nd

2

[Proposed] Order on Plaintiff's Second Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:21-cv-01309-TLN-CKD