UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 75.45.46.83,<br><br>    Defendant. | Case Number: 2:21-cv-01309-TLN-CKD<br><br>[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO SEAL UNREDACTED VERSIONS OF ITS FIRST AMENDED COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE |

THIS CAUSE came before the Court upon Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service ("Request"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Request is GRANTED.

2. Plaintiff may file under seal: (1) an unredacted version of its First Amended Complaint; (2) an unredacted proposed summons; and, (3) after service

1

Proposed Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service

Case No. 2:21-cv-01309-TLN-CKD

is effectuated on Defendant, an unredacted return of service under seal, with a redacted version to be filed on the public docket.

3. The documents shall remain under seal until further order of the Court.

Dated: January 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri1309.seal

2

Proposed Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service

Case No. 2:21-cv-01309-TLN-CKD